NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLAUDE BAPTISTE,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2024-2377

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-22-0552-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted, it is

2                                                      BAPTISTE V. DHS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 19, 2024
Date

Jarrett B. Perlow
Clerk of Court